**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: <u>4:17−cr−00532−HEA</u> All Defendants
## *Internal Use Only*

---

Case title: USA v. Jawher                          Date Filed: 11/15/2017

---

Assigned to: District Judge Henry
Edward Autrey

**Defendant (1)**

| | | |
|---|---|---|
| **Taleb Jawher** | represented by | **Philip Greer Scanlon** |

KESSLER WILLIAMS LLC
1401 S. Brentwood Blvd.
Suite 950
Brentwood, MO 63144
314−455−5555
Fax: 314−727−2869
Email: pscanlon@travisnoble.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER − St Louis
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: moe_ecfnote@fd.org
*TERMINATED: 11/30/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Gov*

**Adam D. Fein**

ROSENBLUM SCHWARTZ, P.C.
120 S. Central Avenue
Suite 130
Clayton, MO 63105
314–862–4332
Fax: 314–862–8050
Email: afein@rsflawfirm.com
*TERMINATED: 10/07/2021*
*Designation: Retained*
*Bar Status: Active*

**N. Scott Rosenblum**
ROSENBLUM SCHWARTZ, P.C.
120 S. Central Avenue
Suite 130
Clayton, MO 63105
314–862–4332
Fax: 314–862–8050
Email: srosenblum@rsflawfirm.com
*TERMINATED: 10/07/2021*
*Designation: Retained*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
| --- | --- |
| Possession, receipt, transport of firearm or ammunition by prohibited persons, alien (1r) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 108 months as to count 1r, with recommendations to the BOP. This sentence shall run concurrent with the sentence imposed under St. Louis, Missouri Circuit Court, Docket No.: 1722–CR04173–01. Supervised release for a term of 2 years. Special assessment of $100.00 due immediately. |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                        represented by   **John J. Ware**
                                                                OFFICE OF U.S. ATTORNEY
                                                                111 S. Tenth Street
                                                                20th Floor
                                                                St. Louis, MO 63102
                                                                314–539–2200
                                                                Fax: 314–539–2188
                                                                Email: john.ware@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Assistant US Attorney*
                                                                *Bar Status: Gov*

                                                                **Nino Przulj**
                                                                UNITED STATES ATTORNEYS
                                                                OFFICE – St. Louis
                                                                111 S. Tenth Street
                                                                20th Floor
                                                                St. Louis, MO 63102
                                                                314–539–2200
                                                                Email: nino.przulj@usdoj.gov
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Assistant US Attorney*
                                                                *Bar Status: Active*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/15/2017 | 1 | | INDICTMENT returned in open court on 11/15/2017 to Judge Henry E. Autrey by the Foreperson of the Grand Jury. Referred to Magistrate Judge Nannette A. Baker as to Taleb Jawher (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (DLB) (Attachment 1 replaced on 11/16/2017) (DLB). (Entered: 11/16/2017) |
| 11/15/2017 | 2 | | REDACTED INDICTMENT returned in open court on 11/15/2017 to Judge Henry E. Autrey by the Foreperson of the Grand Jury. Referred to Magistrate Judge Nannette A. Baker as to Taleb Jawher (1): Former count 1 is now count 1r.. (DLB) (Entered: 11/16/2017) |
| 11/15/2017 | | | Warrant Issued as to Indictment in case as to Taleb Jawher. (DLB) (Entered: 11/16/2017) |
| 11/16/2017 | 3 | | ENTRY OF ATTORNEY APPEARANCE John J. Ware appearing for USA. (Ware, John) (Entered: 11/16/2017) |
| 11/16/2017 | 4 | | |

| | | | |
|---|---|---|---|
| | | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Taleb Jawher St. Louis Fed Public Defender for Taleb Jawher appointed for initial appearance and all further proceedings in the case. Signed by Magistrate Judge Shirley Padmore Mensah on 11/16/17. (LGK) (Entered: 11/16/2017) |
| 11/16/2017 | 5 | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (CSAW) (Entered: 11/16/2017) |
| 11/16/2017 | | | Arrest of defendant Taleb Jawher date of arrest: 11/16/17 (KJS) (Entered: 11/17/2017) |
| 11/16/2017 | 6 | | Minute Entry for proceedings held before Magistrate Judge Shirley Padmore Mensah:Initial Appearance/Rule 5 as to Taleb Jawher held on 11/16/2017 Defendant given copy of: Indictment. Court to appoint: Counsel. Pretrial Services bail report received on: 11/16/17. Pretrial Services Officer: Katie Stephens. Detention Hearing set for 11/20/2017 02:15 PM before Magistrate Judge Shirley Padmore Mensah. Arraignment set for 11/28/2017 01:30 PM before Magistrate Judge Nannette A. Baker. (Interpreter name: Samira Hicks)(FTR Gold Operator initials:C. Ritter) (FTR Gold: Yes) (proceedings started: 3:13 pm) (proceedings ended: 3:31 pm) (Defendant Location: Custody) (KJS) (Entered: 11/17/2017) |
| 11/16/2017 | 7 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: Samira Hicks proceedings started: 3:13 pm proceedings ended: 3:31 pm (KJS) (Entered: 11/17/2017) |
| 11/17/2017 | 8 | | MOTION for Pretrial Detention and Hearing by USA as to Taleb Jawher. (Ware, John) (Entered: 11/17/2017) |
| 11/17/2017 | 9 | | Warrant Returned Executed as to Indictment on 11/16/17 in case as to Taleb Jawher (KJS) (Entered: 11/17/2017) |
| 11/20/2017 | 10 | | BAIL REPORT(FILED UNDER SEAL) as to Taleb Jawher. (KDS) (Entered: 11/20/2017) |
| 11/20/2017 | 11 | | ENTRY OF ATTORNEY APPEARANCE: by N. Scott Rosenblum on behalf of Taleb Jawher (Rosenblum, N.) (Entered: 11/20/2017) |
| 11/20/2017 | 12 | | Minute Entry for proceedings held before Magistrate Judge Shirley Padmore Mensah:Detention Hearing as to Taleb Jawher held on 11/20/2017 re 8 MOTION for Pretrial Detention and Hearing filed by USA. Defendant's Oral Motion to Continue the Detention Hearing is Granted – Detention Hearing Continued to 11/30/2017 01:30 PM before Magistrate Judge Shirley Padmore Mensah. (FTR Gold Operator initials:C. Ritter) (FTR Gold: Yes) (proceedings started: 2:15 pm) (proceedings ended: 2:22 pm) (Defendant Location: Custody) (KJS) (Entered: 11/20/2017) |
| 11/20/2017 | 13 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: Samira Hicks proceedings started: 2:15 pm proceedings ended: 2:22 pm (KJS) (Entered: 11/20/2017) |
| 11/28/2017 | 14 | | Minute Entry for proceedings held before Magistrate Judge Nannette A. Baker:Minutes as to Taleb Jawher held on 11/28/2017 Arr. reset; Arraignment set for 11/30/2017 02:00 PM before Magistrate Judge Nannette A. Baker. (TIP |

| | | | |
|---|---|---|---|
| | | | Interpreter name: Samira Hicks)(FTR Gold Operator initials:cla) (FTR Gold: Yes) (proceedings started: 2:09) (proceedings ended: 12:10) (Defendant Location: custody) (CLA) (Entered: 11/28/2017) |
| 11/28/2017 | 15 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: Samira Hicks proceedings started: 2:09 proceedings ended: 2:10 (CLA) (Entered: 11/28/2017) |
| 11/30/2017 | 16 | | Minute Entry for proceedings held before Magistrate Judge Nannette A. Baker:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Taleb Jawher (1) Count 1r held on 11/30/2017. Attorney St. Louis Fed Public Defender terminated. (TIP Interpreter name: S. Hicks)(FTR Gold Operator initials:cla) (FTR Gold: Yes) (proceedings started: 12:00) (proceedings ended: 2:06) (Defendant Location: custody) (CLA) Transcript request for this proceeding assigned to Court Reporter: S. Moran on 7/19/2019 (BABS). (Entered: 11/30/2017) |
| 11/30/2017 | 17 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: S. Hicks proceedings started: 2:00 proceedings ended: 2:06 (CLA) (Entered: 11/30/2017) |
| 11/30/2017 | 18 | | Minute Entry for proceedings held before Magistrate Judge Shirley Padmore Mensah: Motion Hearing as to Taleb Jawher held on 11/30/2017 re 8 MOTION for Pretrial Detention and Hearing filed by USA. Arguments heard. Court will hold record open for 7 days until 12/7/17 for defendant to supplement the record. USA has 7 days after defendant has supplemented record to file a response. At that time the motion will be taken under submission. (TIP Interpreter name: Samira Hicks)(FTR Gold Operator initials:ARL) (FTR Gold: Yes) (proceedings started: 1:19 p.m.) (proceedings ended: 1:49 p.m.) (Defendant Location: Custody) (ARL) Transcript request for this proceeding assigned to Court Reporter: S. Moran on 7/19/2019 (BABS). (Entered: 11/30/2017) |
| 11/30/2017 | 19 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: Samira Hicks proceedings started: 1:19 p.m. proceedings ended: 1:49 p.m. (ARL) (Entered: 11/30/2017) |
| 11/30/2017 | 20 | | ORDER CONCERNING PRETRIAL MOTIONS as to Taleb Jawher. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information. Criminal Pretrial Motion due by 12/14/2017. Signed by Magistrate Judge Nannette A. Baker on 11/30/17. (CLA) (Entered: 12/01/2017) |
| 12/01/2017 | 21 | | Letter Regarding Discovery as to Taleb Jawher (Fein, Adam) (Entered: 12/01/2017) |
| 12/07/2017 | 22 | | First MOTION for Extension of Time to File Pretrial Motions; MOTION for Extension of Time to File Notice Regarding Immigration Status by Taleb Jawher. (Fein, Adam). (**Added MOTION PART: MOTION for Extension of Time to File Pretrial Motions on 12/8/2017**) (KJS). (Entered: 12/07/2017) |
| 12/08/2017 | 23 | | ORDER AND SPEEDY TRIAL FINDING – IT IS HEREBY ORDERED that Defendants motion [Doc. # 22 ] is GRANTED to the extent that Defendant requests additional time to file pretrial motions or a waiver thereof. Defendant shall have to and including January 15, 2018 to file any pretrial motions or |

| | | | waiver of motions. The Government shall have until January 22, 2018 to respond. If Defendant fails to file pretrial motions or a waiver of pretrial motions, the Court will set the matter for a hearing. IT IS FURTHER ORDERED that Defendants request for an additional seven days to file his notice regarding immigration status is referred to the Honorable Shirley P. Mensah, United States Magistrate Judge, for ruling. (Criminal Pretrial Motion due by 1/15/2018.) Signed by Magistrate Judge Nannette A. Baker on 12/8/17. (KJS) (Entered: 12/08/2017) |
|------------|----|---|---|
| 12/08/2017 | 24 | | Docket Text ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that Defendant's 22 First MOTION for Extension of Time to File Notice Regarding Immigration Status is GRANTED. Response to Court due by 12/14/2017. Signed by Magistrate Judge Shirley Padmore Mensah on 12/8/2017. (GGB) (Entered: 12/08/2017) |
| 12/13/2017 | 25 | | First MOTION for Extension *of Time to File Pretrial Motions* by Taleb Jawher. (Fein, Adam) (Entered: 12/13/2017) |
| 12/14/2017 | 26 | | Second MOTION for Extension *of Time to File Defendant's Notice Regarding Immigration Status* by Taleb Jawher. (Fein, Adam) (Entered: 12/14/2017) |
| 12/14/2017 | 27 | | Docket Text ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that Defendant's 25 First MOTION for Extension *of Time to File Pretrial Motions* is DENIED AS MOOT. The Court previously granted Defendant an extension until January 15, 2018 (Doc. # 23 ). Signed by Magistrate Judge Nannette A. Baker on 12/14/2017. (GGB) (Entered: 12/14/2017) |
| 12/15/2017 | 28 | | Docket Text ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that Defendant's 26 Second MOTION for Extension *of Time to File Defendant's Notice Regarding Immigration Status* is GRANTED. Response to Court due by 12/20/2017. Signed by Magistrate Judge Shirley Padmore Mensah on 12/15/2017. (GGB) (Entered: 12/15/2017) |
| 12/22/2017 | 29 | | NOTICE by Taleb Jawher of: Defendant's Current Immigration Status (Attachments: # 1 Exhibit Letter from Barbara Bleisch)(Fein, Adam) (Entered: 12/22/2017) |
| 01/15/2018 | 30 | | Second MOTION for Extension *of Time to File Pretrial Motions* by Taleb Jawher. (Fein, Adam) (Entered: 01/15/2018) |
| 01/16/2018 | 31 | | ORDER AND SPEEDY TRIAL FINDING as to Taleb Jawher IT IS HEREBY ORDERED that Defendants Second Motion for Extension of Time to File Pretrial Motions [Doc. #30] is GRANTED. Defendant shall have to and including February 15, 2018 to file any pretrial motions or waiver of motions. The Government shall have until February 22, 2018 to respond. If Defendant fails to file pretrial motions or a waiver of pretrial motions, the Court will set the matter for a hearing. 30 Criminal Pretrial Motion due by 2/15/2018. Signed by Magistrate Judge Nannette A. Baker on 1/16/18. (CLA) (Entered: 01/16/2018) |
| 01/17/2018 | 32 | | ORDER OF DETENTION PENDING TRIAL as to Taleb Jawher. Signed by Magistrate Judge Shirley Padmore Mensah on 1/17/18. (LGK) (Entered: 01/17/2018) |
| 02/13/2018 | 33 | | |

| | | | |
|---|---|---|---|
| | | | First MOTION to Revoke *Detention Order* by Taleb Jawher. (Fein, Adam) (Entered: 02/13/2018) |
| 02/15/2018 | 34 | | Third MOTION for Extension *of Time to File Pretrial Motions* by Taleb Jawher. (Fein, Adam) (Entered: 02/15/2018) |
| 02/16/2018 | 35 | | ORDER as to Taleb Jawher re 33 First MOTION to Revoke *Detention Order* filed by Taleb Jawher. IT IS HEREBY ORDERED that a hearing on Defendants First Motion to Revoke Detention Order [Doc. #33] is set in this matter for Thursday, March 1, 2018, at 11:30 a.m. in the courtroom of the undersigned. Signed by District Judge Henry Edward Autrey on 02/16/2018. (AAS) (Entered: 02/16/2018) |
| 02/21/2018 | 36 | | RESPONSE to Motion by USA as to Taleb Jawher re 33 First MOTION to Revoke *Detention Order* (Ware, John) (Entered: 02/21/2018) |
| 02/21/2018 | 37 | | ORDER AND SPEEDY TRIAL FINDING granting 34 Motion for Extension. IT IS HEREBY ORDERED that Defendants Third Motion for Extension of Time to File Pretrial Motions [Doc. # 34 ] is GRANTED. Defendant shall have to and including March 19, 2018 to file any pretrial motions or waiver of motions. The Government shall have until March 26, 2018 to respond. If Defendant fails to file pretrial motions or a waiver of pretrial motions, the Court will set the matter for a hearing. (Criminal Pretrial Motion due by 3/19/2018.) Signed by Magistrate Judge Nannette A. Baker on 02/21/2018. (AAS) (Entered: 02/21/2018) |
| 02/27/2018 | 38 | | First MOTION to Withdraw Document *Defendant's Motion to Revoke the Magistrate Court's Detention Order* by Taleb Jawher. (Fein, Adam) (Entered: 02/27/2018) |
| 02/28/2018 | 39 | | Docket Text ORDER as to Taleb Jawher Re: 33 38 First MOTION to Withdraw Document *Defendant's Motion to Revoke the Magistrate Court's Detention Order* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; GRANTED HEA Signed by District Judge Henry Edward Autrey on 2/28/18. (CLA) (Entered: 02/28/2018) |
| 03/20/2018 | 40 | | WAIVER of Filing Pretrial Motions by Taleb Jawher (Fein, Adam) (Entered: 03/20/2018) |
| 03/22/2018 | 41 | | Docket Text ORDER as to Taleb Jawher – Because Defendant filed a Waiver of Filing Pretrial Motions 40 , IT IS HEREBY ORDERED that a Pretrial Motion Status Hearing is set for Tuesday, March 27, 2018 at 10:00 AM before Magistrate Judge Nannette A. Baker. Signed by Magistrate Judge Nannette A. Baker on 3/22/2018. (GGB) (Entered: 03/22/2018) |
| 03/23/2018 | 42 | | First MOTION to Continue *Pretrial Motions Waiver Hearing* by Taleb Jawher. (Fein, Adam) (Entered: 03/23/2018) |
| 03/23/2018 | 43 | | Docket Text ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that Defendant's 42 First MOTION to Continue *Pretrial Motions Waiver Hearing* is GRANTED. IT IS FURTHER ORDERED that Defendant's Pretrial Motion Status Hearing is re−set for Friday, March 30, 2018 at 10:30 AM before Magistrate Judge Nannette A. Baker. Signed by Magistrate Judge Nannette A. Baker on 3/23/2018. (GGB) (Entered: 03/23/2018) |
| 03/30/2018 | 44 | | |

| | | | Minute Entry for proceedings held before Magistrate Judge Nannette A. Baker:In Court Hearing (Waiver of Motions) as to Taleb Jawher held on 3/30/2018 ( Interpreter name: Samira Hicks)(FTR Gold Operator initials:K Shirley) (FTR Gold: Yes) (proceedings started: 10:37 am) (proceedings ended: 10:42 am) (Defendant Location: Custody) (KJS) (Entered: 03/30/2018) |
|---|---|---|---|
| 03/30/2018 | 45 | | INTERPRETER USAGE REPORT as defendant Taleb Jawher Interpreter: Samira Hicks proceedings started: 10:37 am proceedings ended: 10:42 am (KJS) (Entered: 03/30/2018) |
| 04/02/2018 | 46 | | ORDER REGARDING PRETRIAL MOTION STATUS HEARINGAND TRIAL SETTING as to Taleb Jawher. This matter came before the Court for an evidentiary hearing on pretrial motions. The defendant appeared with counsel and after being advised of the right to file motions and to have an evidentiary hearing, defendant knowingly and voluntarily waived his right to file or proceed on pretrial motions and to an evidentiary hearing. There being no outstanding motions in this matter, the evidentiary hearing is canceled. Signed by Magistrate Judge Nannette A. Baker on 4/2/17. (CLA) (Entered: 04/02/2018) |
| 04/02/2018 | 47 | | ORDER Setting Forth Trial Procedures in Criminal Cases as to Taleb Jawher Jury Trial set for 5/7/2018 09:30 AM before District Judge Henry Edward Autrey. (See order for full details.) Signed by District Judge Henry Edward Autrey on 4/2/18. (KJS) (Entered: 04/02/2018) |
| 04/25/2018 | 48 | | ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that a change of plea hearing set in this matter for Monday, April 30, 2018, at 11:15 a.m. in the courtroom of the undersigned. (Change of Plea Hearing set for 4/30/2018 11:15 AM before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 4/25/18. (KJS) (Entered: 04/25/2018) |
| 04/30/2018 | 49 | | ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that the change of plea hearing previously set in this matter for Monday, April 30, 2018, is RESET to Monday, May 7, 2018, at 11:30 a.m. in the courtroom of the undersigned. (Change of Plea Hearing set for 5/7/2018 11:30 AM before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 04/30/2018. (AAS) (Entered: 04/30/2018) |
| 05/07/2018 | 50 | | Minute Entry for proceedings held before District Judge Henry Edward Autrey:Change of Plea Hearing as to Taleb Jawher held on 5/7/2018 as to count(s) 1. Sentencing set for 8/6/2018 11:15 AM before District Judge Henry Edward Autrey. (TIP Interpreter name: Samira Hicks)(Court Reporter:Angela Daley, Angela_Daley@moed.uscourts.gov, 314–244–7978) (FTR Gold: No) (proceedings started: 11:30) (proceedings ended: 12:10) (Defendant Location: custody) (CLA) (Entered: 05/07/2018) |
| 05/07/2018 | 51 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: Samira Hicks proceedings started: 11:30 proceedings ended: 12:10 (CLA) (Entered: 05/07/2018) |
| 05/07/2018 | 52 | | GUILTY PLEA AGREEMENT by USA, Taleb Jawher as to Taleb Jawher (CLA) (Entered: 05/07/2018) |
| 05/07/2018 | 53 | | GUILTY PLEA AGREEMENT SUPPLEMENT as to Taleb Jawher (CLA) (Entered: 05/07/2018) |

| | | | |
|---|---|---|---|
| 06/21/2018 | 54 | | First MOTION to Continue *Sentencing* by Taleb Jawher. (Fein, Adam) (Entered: 06/21/2018) |
| 06/22/2018 | 55 | | Docket Text ORDER as to Taleb Jawher Re: 54 First MOTION to Continue *Sentencing* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; ORDERED GRANTED HEA Signed by District Judge Henry Edward Autrey on 6/22/18. (CLA) (Entered: 06/22/2018) |
| 06/25/2018 | 56 | | ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that the sentencing hearing set in this matter for Thursday, September 6, 2018, at 11:45 a.m. in the courtroom of the undersigned. (Sentencing set for 9/6/2018 11:45 AM before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 6/25/18. (KJS) (Entered: 06/25/2018) |
| 08/15/2018 | 58 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Taleb Jawher (Ware, John) (Entered: 08/15/2018) |
| 08/23/2018 | 59 | | ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that the sentencing hearing set in this matter for Thursday, September 6, 2018, is RESET to at 2:30 p.m. in the courtroom of the undersigned. Sentencing set for 9/6/2018 02:30 PM in Courtroom 10N before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 08/23/2018. (AAS) (Entered: 08/24/2018) |
| 08/28/2018 | 60 | | Second MOTION to Continue *Sentencing* by Taleb Jawher. (Fein, Adam) (Entered: 08/28/2018) |
| 08/30/2018 | 61 | | Docket Text ORDER as to Taleb Jawher Re: 60 Second MOTION to Continue *Sentencing* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ;GRANTED. ORDER RESETTING SENTENCING TO ISSUE. Signed by District Judge Henry Edward Autrey on 08/30/2018. (AAS) (Entered: 08/30/2018) |
| 08/31/2018 | 62 | | ORDER as to Taleb Jawher IT IS HEREBY ORDERED that the sentencing hearing set in this matter for Wednesday, November 7, 2018, at 2:30 p.m. in the courtroom of the undersigned. Sentencing set for 11/7/2018 02:30 PM before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 8/31/18. (CLA) (Entered: 08/31/2018) |
| 10/30/2018 | 63 | | Third MOTION to Continue *Sentencing* by Taleb Jawher. (Fein, Adam) (Entered: 10/30/2018) |
| 10/31/2018 | 64 | | Docket Text ORDER as to Taleb Jawher Re: 63 Third MOTION to Continue *Sentencing* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; GRANTED. Signed by District Judge Henry Edward Autrey on 10/31/2018. (AAS) (Entered: 10/31/2018) |
| 10/31/2018 | 65 | | ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that the sentencing hearing is set in this matter for Monday, December 3, 2018, at 11:30 a.m. in the courtroom of the undersigned. (Sentencing set for 12/3/2018 11:30 AM before District Judge Henry Edward Autrey.) Signed by District Judge Henry Edward Autrey on 10/31/18. (KJS) (Entered: 10/31/2018) |
| 11/20/2018 | 66 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Taleb Jawher (Fein, Adam) (Entered: 11/20/2018) |
| 11/26/2018 | 67 | | |

| | | | |
|---|---|---|---|
| | | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Taleb Jawher (Attachments: # 1 Letter)(AAS) (Entered: 11/26/2018) |
| 11/28/2018 | 69 | | MOTION to Continue ; Sentencing Date by USA as to Taleb Jawher. (Ware, John) (Entered: 11/28/2018) |
| 11/29/2018 | 70 | | Docket Text ORDER as to Taleb Jawher Re: 69 MOTION to Continue ; Sentencing Date filed by USA ; GRANTED. Signed by District Judge Henry Edward Autrey on 11/29/18. (KJS) (Entered: 11/29/2018) |
| 12/11/2018 | 71 | | ORDER as to Taleb Jawher – IT IS HEREBY ORDERED that the sentencing hearing is set in this matter for Wednesday, January 23, 2019, at 11:00 a.m. in the courtroom of the undersigned. Sentencing set for 1/23/2019 11:00 AM in Courtroom 10N before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 12/11/2018. (AAS) (Entered: 12/11/2018) |
| 01/03/2019 | 72 | | SENTENCING MEMORANDUM by defendant Taleb Jawher (Fein, Adam) (Entered: 01/03/2019) |
| 01/16/2019 | 73 | | SENTENCING MEMORANDUM *Response* by USA as to Taleb Jawher re 72 Sentencing Memorandum (Attachments: # 1 Exhibit Surveillance DVD filed with Clerk's Office)(Ware, John) (Entered: 01/16/2019) |
| 01/16/2019 | 74 | | EXHIBIT filed Received: 73 –1 (EXHIBIT FILED IN DVD FORMAT AND MAINTAINED BY THE CLERK'S OFFICE.) (KJS) (Entered: 01/16/2019) |
| 01/22/2019 | 75 | | SENTENCING LETTER by defendant Taleb Jawher (Fein, Adam) (Entered: 01/22/2019) |
| 01/22/2019 | 76 | | SENTENCING DOCUMENT by USA as to Taleb Jawher (Ware, John) (Entered: 01/22/2019) |
| 01/23/2019 | 77 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Sentencing as to Taleb Jawher held on 1/23/2019. Objections to presentence report filed by defendant. Objections heard and are overruled. Presentence report adopted/accepted by Court as findings of fact. Sentence imposed. See judgment. (Interpreter name: Simara Hickes)(Court Reporter:Susan Moran, Susan_Moran@moed.uscourts.gov, 314–244–7983) (proceedings started: 11:05) (proceedings ended: 12:45)(Deputy Clerk: cla) (Defendant Location: custody)(Attorney Appearance for USA: J. Ware.)(Attorney Appearance for Defense: A. Fein.) (CLA) (Entered: 01/23/2019) |
| 01/23/2019 | 78 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher Interpreter: Simara Hicks proceedings started: 11:05 proceedings ended: 12:45 (CLA) (Entered: 01/23/2019) |
| 01/23/2019 | 79 | | JUDGMENT as to Taleb Jawher (1), Count(s) 1r, The deft. pleaded guilty to ct. 1; BOP for a term of 109 months; to run concurrent with Circuit Court case; supervised release for a term of 2 yrs. special assessment of $100. Signed by District Judge Henry Edward Autrey on 1/23/19. (CLA) (Entered: 01/23/2019) |
| 01/23/2019 | 80 | | STATEMENT OF REASONS for Sentence as to defendant Taleb Jawher Signed by District Judge Henry Edward Autrey on 1/23/19. (CLA) (Entered: 01/23/2019) |

| 01/29/2019 | 81 | | TRANSCRIPT ORDER REQUEST for 77 (SENTENCING) by Taleb Jawher for proceedings held on 01/23/2019 court reporter Susan Moran before Judge Henry Autrey. (Fein, Adam) (Entered: 01/29/2019) |
|---|---|---|---|
| 02/04/2019 | 82 | | NOTICE OF APPEAL by Taleb Jawher (Fein, Adam) (Entered: 02/04/2019) |
| 02/05/2019 | 83 | | NOTICE by Taleb Jawher of: Filing of Motion to Proceed In Forma Pauperis on Appeal (Attachments: # 1 Attachment Motion to Proceed In Forma Pauperis on Appeal)(Fein, Adam) (Entered: 02/05/2019) |
| 02/05/2019 | 84 | | MOTION for Leave to Appeal In Forma Pauperis by Taleb Jawher. (KJS) (Entered: 02/06/2019) |
| 02/06/2019 | 85 | | Docket Text ORDER as to Taleb Jawher Re: 84 MOTION for Leave to Appeal In Forma Pauperis by Taleb Jawher. (KJS) filed by Taleb Jawher ; LEAVE TO PROCEED INFORMA PAUPERIS IS GRANTED. Signed by District Judge Henry Edward Autrey on 2/6/19. (KJS) (Entered: 02/06/2019) |
| 02/07/2019 | 86 | | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding 79 Judgment,. Notice of Appeal filed on 02/04/2019 by Defendant Taleb Jawher. NOTIFICATION TO COUNSEL/PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH THE DISTRICT COURT CLERKS OFFICE. (MFG) (Entered: 02/07/2019) |
| 02/08/2019 | 87 | | LETTER from USCA as to Taleb Jawher USCA Appeal #: 19−1276 (CLA) (Entered: 02/08/2019) |
| 02/08/2019 | 88 | | ORDER of USCA (certified copy) as to Taleb Jawher Attorney, Adam Douglas Fein is hereby appointed to represent appellant in this appealunder the Criminal Justice Act. Information regarding the CJA appointment and voucheringprocess in eVoucher will be emailed to counsel shortly. (CLA) (Entered: 02/08/2019) |
| 02/08/2019 | 89 | | Briefing Schedule from USCA as to Taleb Jawher Transcript due: 2/25/19 (See attached document for all other deadlines.) (CLA) (Entered: 02/08/2019) |
| 02/26/2019 | 90 | | ORDER of USCA (certified copy) as to Taleb Jawher re 82 Notice of Appeal – Final Judgment USCA Appeal Number: 19−1276. The motion for extension of time to file the transcript is granted. The transcript is now due March 11, 2019. Appellants brief is now due March 25, 2019. (CLO) (Entered: 02/26/2019) |
| 03/11/2019 | 91 | | TRANSCRIPT of 50 (PLEA) as to Taleb Jawher held on 5/7/18 before Judge Autrey. Court Reporter: Angela Daley, Angela_Daley@moed.uscourts.gov, 314−244−7978. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2019. Redacted Transcript Deadline set for 4/11/2019. Release of Transcript Restriction set for 6/10/2019. (CLA) (Entered: 03/11/2019) |
| 03/11/2019 | 92 | | TRANSCRIPT of 50 (PLEA – LOCAL RULE 13.05 SEALED BENCH CONFERENCE) (FILED UNDER SEAL) as to Taleb Jawher held on 5/7/19 before Judge Autrey. Court Reporter/Transcriber Angela Daley, Angela_Daley@moed.uscourts.gov, 314−244−7978. (CLA) (Entered: 03/11/2019) |

| | | | |
|---|---|---|---|
| 03/20/2019 | 93 | | TRANSCRIPT of 77 (SENTENCING) as to Taleb Jawher held on 1/23/19 before Judge Henry E. Autrey. Court Reporter: Susan Moran, Susan_Moran@moed.uscourts.gov, 314–244–7983. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/10/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/18/2019. (KJS) (Entered: 03/20/2019) |
| 03/20/2019 | 94 | | TRANSCRIPT of 77 (SENTENCING – LOCAL RULE 13.05 SEALED BENCH CONFERENCE) (FILED UNDER SEAL) as to Taleb Jawher held on 1/23/19 before Judge Henry E. Autrey. Court Reporter/Transcriber Susan Moran, Susan_Moran@moed.uscourts.gov, 314–244–7983. (KJS) (Entered: 03/20/2019) |
| 04/09/2019 | 95 | | Marshal's Return on Judgment as to Taleb Jawher on 03/27/2019. Defendant delivered to: FCI Pollock, LA. (AAS) (Entered: 04/10/2019) |
| 05/01/2019 | 96 | | NOTIFICATION OF DESIGNATED CLERK'S RECORD regarding 91 Transcript,, 93 Transcript,, 67 Presentence Investigation Report, 94 Transcript (FILED UNDER SEAL), 92 Transcript (FILED UNDER SEAL),. as to defendant Taleb Jawher. USCA Appellate Docket Number: 19–1276. (MFG) (Entered: 05/01/2019) |
| 05/13/2019 | | | Receipt CT B00130 in the amount of $100.00 for SPECIAL PENALTY ASSESSMENT on behalf of TALEB JAWHER (CCAM) (Entered: 06/16/2019) |
| 06/11/2019 | 97 | | TRANSCRIPT ORDER REQUEST for 77 (SENTENCING) by USA as to Taleb Jawher for proceedings held on 01/23/2019 court reporter Susan Moran before Judge Henry E. Autrey. (Ware, John) (Entered: 06/11/2019) |
| 07/16/2019 | 98 | | TRANSCRIPT ORDER REQUEST for 50 (PLEA) by USA as to Taleb Jawher for proceedings held on 05/07/2018 court reporter Angela Daley before Judge Henry E. Autrey. (Ware, John) (Entered: 07/16/2019) |
| 07/17/2019 | | | REMARK as to Taleb Jawher: Sent transcript order request doc 98 to the court reporter. (KJS) (Entered: 07/17/2019) |
| 07/18/2019 | 99 | | TRANSCRIPT ORDER REQUEST for 16 , 18 (DETENTION) by Taleb Jawher for proceedings held on 11/30/2017 court reporter Recording–No Court Reporter before Judge Shirley Mensah. (Fein, Adam) (Entered: 07/18/2019) |
| 07/19/2019 | | | REMARK as to Taleb Jawher: Sent transcript order request doc 99 to court reporter inbox. (AAS) (Entered: 07/19/2019) |
| 08/01/2019 | 100 | | TRANSCRIPT of 16 (ARRAIGNMENT) as to Taleb Jawher held on 11/30/17 before Judge Nannette A. Baker. Court Reporter: Susan Moran, Susan_Moran@moed.uscourts.gov, 314–244–7983. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/22/2019. Redacted Transcript Deadline set for 9/3/2019. Release of Transcript Restriction set for 10/30/2019. (KJS) (Entered: 08/01/2019) |

| 08/01/2019 | 101 | | TRANSCRIPT of 18 (DETENTION) as to Taleb Jawher held on 11/30/17 before Judge Shirley P. Mensah. Court Reporter: Susan Moran, Susan_Moran@moed.uscourts.gov, 314–244–7983. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/22/2019. Redacted Transcript Deadline set for 9/3/2019. Release of Transcript Restriction set for 10/30/2019. (KJS) (Entered: 08/01/2019) |
|---|---|---|---|
| 08/01/2019 | 102 | | TRANSCRIPT ORDER REQUEST for 16 , 18 (Arraignment and Detention) by USA as to Taleb Jawher for proceedings held on 11/30/2017 court reporter Susan Moran before Judge Nannette A. Baker and Shirley P. Mensah. (Ware, John) (sent request to court reporter Susan Moran) Modified on 8/2/2019 (AAS). (Entered: 08/01/2019) |
| 02/24/2020 | 103 | | OPINION from USCA as to Taleb Jawher re 82 Notice of Appeal – Final Judgment : USCA Appeal #: 19–1276. Based on the above, we vacate Jawher's plea and conviction. We remand for further proceedings consistent with this opinion. Jawher's sentencing arguments aremoot. (Attachments: # 1 Opinion, # 2 Letter to publishing)(MCB) (Entered: 02/24/2020) |
| 02/24/2020 | 104 | | JUDGMENT of USCA as to Taleb Jawher re 82 Notice of Appeal – Final Judgment. This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel. After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court. (Attachments: # 1 Revision of Part V)(MCB) (Entered: 02/24/2020) |
| 03/18/2020 | 106 | | MANDATE of USCA as to Taleb Jawher re 82 Notice of Appeal – Final Judgment USCA Appeal #: 19–1276 In accordance with the judgment and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above–styled matter. Appeal is In accordance with the opinion and judgment of 02/24/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above–styled matter. Judgment of the district court in this cause is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.(MCB) (Entered: 04/02/2020) |
| 03/27/2020 | 105 | | ORDER TO CONTINUE (per 18:3161)– Ends of Justice and Setting Forth Trial Procedures in Criminal Cases as to Taleb Jawher (See Full Order) IT IS HEREBY ORDERED that in accord with the Courts Administrative Order, Court Operations Restrictions Due To Covid–19 Response, dated March 17, 2020, the jury trial of this matter is set for June 29, 2020, at 9:30 a.m. The delayed trial setting in this matter is in the best interest of the public and the Defendant and outweighs the Defendants right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7). In particular, because of the current public health crisis, requiring a trial to proceed could endanger all participants and the public and it is not possible to assemble a fair cross–section of citizens to serve on a jury at this time. As such, therefore, any time elapsed is excludable time under the Speedy Trial Act. (Jury Trial set for 6/29/2020 at 9:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey.) Signed by District |

| | | | |
|---|---|---|---|
| | | | Judge Henry Edward Autrey on 3/27/20. (EAB) (Entered: 03/27/2020) |
| 06/02/2020 | 107 | | First MOTION to Dismiss Indictment/Counts by Taleb Jawher. (Fein, Adam) (Entered: 06/02/2020) |
| 06/23/2020 | 108 | | ORDER TO CONTINUE (per 18:3161)– Ends of Justice as to Taleb Jawher – This Court, upon careful consideration, and on review of the record, and in accord with the Courts Administrative Order, Court Operations Restrictions Due To Covid–19 Response, dated March 17, 2020, and May 7, 2020, finds that the ends of justice would best be served by continuing the trial setting as to Defendant to August 3, 2020, and that a continuance of these proceedings outweighs the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7), and that therefore any time elapsed is excludable time under the Speedy Trial Act. IT IS HEREBY ORDERED that the trial setting is RESET to August 3, 2020, at 9:30 a.m. Jury Trial set for 8/3/2020 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 06/23/2020. (AAT) (Entered: 06/23/2020) |
| 06/24/2020 | 109 | | RESPONSE to Motion by USA as to Taleb Jawher re 107 First MOTION to Dismiss Indictment/Counts (Ware, John) (Entered: 06/24/2020) |
| 06/30/2020 | 110 | | First MOTION for Extension *of Time to File Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss the Indictment* by Taleb Jawher. (Fein, Adam) (Entered: 06/30/2020) |
| 07/01/2020 | 111 | | Docket Text ORDER as to Taleb Jawher Re: 110 First MOTION for Extension *of Time to File Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss the Indictment* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; ADDITIONAL TIME GRANTED UP TO AND INCLUDING JULY 13, 2020 TO FILE REPLY. Response to Court due by 7/13/2020. Signed by District Judge Henry Edward Autrey on July 1, 2020. (MCB) (Entered: 07/01/2020) |
| 07/13/2020 | 112 | | Second MOTION for Extension *of Time to File Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment* by Taleb Jawher. (Fein, Adam) (Entered: 07/13/2020) |
| 07/14/2020 | 113 | | Docket Text ORDER as to Taleb Jawher Re: 112 Second MOTION for Extension *of Time to File Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 07/14/2020. (AAT) (Entered: 07/14/2020) |
| 07/18/2020 | 114 | | REPLY TO RESPONSE to Motion by Taleb Jawher re 107 First MOTION to Dismiss Indictment/Counts (Attachments: # 1 Exhibit Indictment)(Fein, Adam) (Entered: 07/18/2020) |
| 07/21/2020 | 115 | | ORDER TO CONTINUE (per 18:3161)– Ends of Justice as to Taleb Jawher This matter comes before the Court own motion. This Court, upon careful consideration, and on review of the record, and in accord with the Courts Administrative Order, Court Operations Restrictions Due To Covid–19 Response, dated March 17, 2020, and May 7, 2020, finds that the ends of justice would best be served by continuing the trial setting as to Defendant to September 8, 2020, and that a continuance of these proceedings outweighs the |

| | | | |
|---|---|---|---|
| | | | best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7), and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, because of the current public health crisis, requiring a trial to proceed could endanger all participants and the public and it is not possible to assemble a fair cross−section of citizens to serve on a jury at this time. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding. Accordingly, IT IS HEREBY ORDERED that the trial setting is RESET to September 8, 2020, at 9:30 a.m. Jury Trial reset for 9/8/2020 09:30 AM in Courtroom 10N − St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on July 21, 2020. (MCB) (Entered: 07/21/2020) |
| 07/23/2020 | 116 | | OPINION, MEMORANDUM AND ORDER as to Taleb Jawher IT IS HEREBY ORDERED that Defendant's motion to dismiss, [Doc. No. 107] is DENIED. Signed by District Judge Henry Edward Autrey on July 23, 2020. (MCB) (Entered: 07/23/2020) |
| 08/28/2020 | 117 | | First MOTION to Continue *Trial* by Taleb Jawher. (Fein, Adam) (Entered: 08/28/2020) |
| 08/31/2020 | 118 | | Docket Text ORDER as to Taleb Jawher Re: 117 First MOTION to Continue *Trial* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; MOTION TO CONTINUE TRIAL SETTING IS GRANTED. Signed by District Judge Henry Edward Autrey on August 31, 2020. (MCB) (Entered: 08/31/2020) |
| 09/01/2020 | 119 | | WAIVER of Speedy Trial by Taleb Jawher (Fein, Adam) (Entered: 09/01/2020) |
| 09/02/2020 | 120 | | ORDER TO CONTINUE (per 18:3161)− Ends of Justice as to Taleb Jawher This Court, upon careful consideration, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Taleb Jawher, to October 5, 2020, and that a continuance of these proceedings outweighs the best interest of the public and the Defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defendant has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. Section 3161, [Doc. #119]. Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding. Accordingly, IT IS HEREBY ORDERED that the trial setting as to Defendant Taleb Jawher,is RESET to October 5, 2020, at 9:30 a.m. Jury Trial set for 10/5/2020 09:30 AM in Courtroom 10N − St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on September 2, 2020. (MCB) (Entered: 09/02/2020) |
| 09/10/2020 | 121 | | ORDER as to Taleb Jawher. IT IS HEREBY ORDERED that the trial setting as to Defendant Taleb Jawher, is RESET to October 13, 2020, at 9:30 a.m (Jury Trial set for 10/13/2020 09:30 AM in Courtroom 10N − St. Louis before District Judge Henry Edward Autrey). Signed by District Judge Henry Edward Autrey on 9/10/20. (EAB) (Entered: 09/10/2020) |

| 10/05/2020 | 122 | | MOTION to Continue *Trial* by Taleb Jawher. (Fein, Adam) (Entered: 10/05/2020) |
|---|---|---|---|
| 10/05/2020 | 123 | | Docket Text ORDER as to Taleb Jawher Re: 122 MOTION to Continue *Trial* by Taleb Jawher. (Fein, Adam) filed by Taleb Jawher ; ORDERED GRANTED.. Signed by District Judge Henry Edward Autrey on 10/05/2020. (AAT) (Entered: 10/05/2020) |
| 10/05/2020 | 124 | | WAIVER of Speedy Trial by Taleb Jawher (Fein, Adam) (Entered: 10/05/2020) |
| 10/06/2020 | 125 | | DOCKET TEXT ORDER as to Taleb Jawher re 124 Waiver of Speedy Trial filed by Taleb Jawher; GRANTED. Signed by District Judge Henry Edward Autrey on 10/06/2020. (AAT) (Entered: 10/06/2020) |
| 10/07/2020 | 126 | | ORDER TO CONTINUE (per 18:3161)– Ends of Justice as to Taleb Jawher – This Court, upon careful consideration, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Taleb Jawher, to February 22, 2021, and that a continuance of these proceedings outweighs the best interest of the public and the Defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. IT IS HEREBY ORDERED that the trial setting as to Defendant Taleb Jawher, is RESET to February 22, 2021, at 9:30 a.m. Jury Trial set for 2/22/2021 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on 10/07/2020. (AAT) (Entered: 10/07/2020) |
| 12/16/2020 | 127 | | Docket Text ORDER as to Taleb Jawher IT IS HEREBY ORDERED that because of the recent increase in cases due to the coronavirus (Covid 19) pandemic, the trial in this matter is continued pending further order of the Court, to be reset no sooner than March 15, 2021. Administrative Order Resetting Trials Signed by District Judge Henry Edward Autrey on December 16, 2020. (MCB) (Entered: 12/16/2020) |
| 03/02/2021 | 128 | | ORDER TO CONTINUE (per 18:3161)– Ends of Justice as to Taleb Jawher IT IS HEREBY ORDERED that the trial setting as to Defendant Taleb Jawher, is set for October 18, 2021, at 9:30 a.m. Jury Trial set for 10/18/2021 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on March 2, 2021. (MCB) (Entered: 03/02/2021) |
| 09/27/2021 | 129 | | MOTION to Withdraw as Attorney by N. Scott Rosenblum. by Taleb Jawher. (Rosenblum, N.) (Entered: 09/27/2021) |
| 09/27/2021 | 130 | | Third MOTION to Continue *Trial* by Taleb Jawher. (Rosenblum, N.) (Entered: 09/27/2021) |
| 09/27/2021 | 131 | | MOTION to Withdraw as Attorney by Adam Fein. by Taleb Jawher. (Fein, Adam) (Entered: 09/27/2021) |
| 09/28/2021 | 132 | | ORDER as to Taleb Jawher IT IS HEREBY ORDERED that a hearing on the motions to withdraw as attorney is set in this matter for October 7, 2020, at 10:30 a.m. in the courtroom of the undersigned. Motion Hearing set for |

| | | | |
|---|---|---|---|
| | | | 10/7/2021 10:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey. Signed by District Judge Henry Edward Autrey on September 28, 2021. (MCB) (Entered: 09/28/2021) |
| 10/07/2021 | 133 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Motion Hearing as to Taleb Jawher held on 10/7/2021. Parties present. Interpreter sworn. MOTION to Withdraw as Attorney by Adam Fein 131 GRANTED BY THE COURT; 129 MOTION to Withdraw as Attorney by N. Scott Rosenblum GRANTED BY THE COURT; 130 Third MOTION to Continue Trial filed by Taleb Jawher GRANTED BY THE COURT. Defendant has thirty day to obtain new counsel. (Defendant's response to Court due by 11/7/2021.) (Interpreter name: Wedad Badwan) (Court Reporter:Laura Esposito, Laura_Esposito@moed.uscourts.gov) (proceedings started: 10:43 am) (proceedings ended: 10:52 am)(Deputy Clerk: J. Bailey) (Defendant Location: Custody)(Appearance for Government: Matthew Drake)(Appearance for Defendant: Adam Fein) (JEB) (Entered: 10/07/2021) |
| 10/07/2021 | 134 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher (Motion) held on 10/07/2021 before Judge Autrey. Interpreter: Wedad Badwan. Language: Arabic. Proceedings started: 10:43 am; Proceedings ended: 10:52 am (JEB) (Entered: 10/28/2021) |
| 11/16/2021 | 135 | | MOTION to Appoint Counsel by Taleb Jawher. (EAB) (Entered: 11/17/2021) |
| 01/06/2022 | 136 | | ORDER as to Taleb Jawher re 135 MOTION to Appoint Counsel filed by Taleb Jawher. IT IS HEREBY ORDERED that Defendant is to submit the financial affidavit, which was sent to him on November 24, 2021, within seven (7) days of the date of this Order. IT IS FURTHER ORDERED that to facilitate the expeditious return of this form, the Clerk shall send and additional blank affidavit with this Order. (Response to Court due by 1/13/2022) Signed by District Judge Henry Edward Autrey on 1/6/2022. (Attachments: # 1 Form Financial Affidavit) (Copy of Order and Financial Affidavit mailed to Defendant 1/7/22)(JEB) Modified on 1/7/2022 (JEB). (Entered: 01/06/2022) |
| 01/15/2022 | 137 | | ENTRY OF ATTORNEY APPEARANCE: by Philip Greer Scanlon on behalf of Taleb Jawher (Scanlon, Philip) (Entered: 01/15/2022) |
| 01/18/2022 | 138 | | ORDER TO CONTINUE (per 18:3161)– Ends of Justice as to Taleb Jawher. IT IS HEREBY ORDERED that jury trial of this matter is set for February 22, 2022, at 9:30 a.m. in the courtroom of the undersigned. IT IS FURTHER ORDERED that any request for continuance of the trial of this matter shall be made by written motion. At the time of the request for continuance, defendant shall present to the Court a fully executed Waiver of Speedy Trial. IT IS FURTHER ORDERED that a change of plea proceeding, if any, will be scheduled only after the Court receives in chambers a written plea agreement and/or stipulation of facts that has been executed by the United States and the defendant. Failure to comply with any part of this Order may result in the imposition of sanctions. (Jury Trial set for 2/22/2022 09:30 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey). Signed by District Judge Henry Edward Autrey on 1/18/22. (EAB) (Entered: 01/18/2022) |
| 02/07/2022 | 139 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to Taleb Jawher. IT IS HEREBY ORDERED that a Frye hearing is set in this matter for February 16, 2022, at 2:00 p.m. and is to take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1–669–254–5252, Meeting ID: 160 994 6867. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video. (Frye Hearing set for 2/16/2022 02:00 PM in Zoom Video Conference before District Judge Henry Edward Autrey). Signed by District Judge Henry Edward Autrey on 2/7/22. (EAB) (Entered: 02/07/2022) |
| 02/11/2022 | 140 | | PRE–TRIAL BRIEF by USA as to Taleb Jawher (Ware, John) (Entered: 02/11/2022) |
| 02/11/2022 | 141 | | Proposed Voir Dire by USA as to Taleb Jawher (Ware, John) (Entered: 02/11/2022) |
| 02/11/2022 | 142 | | Proposed Jury Instructions by USA as to Taleb Jawher (Ware, John) (Entered: 02/11/2022) |
| 02/14/2022 | 143 | | ENTRY OF ATTORNEY APPEARANCE Nino Przulj appearing for USA. (Przulj, Nino) (Entered: 02/14/2022) |
| 02/16/2022 | 144 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Frye Hearing as to Taleb Jawher held on 2/16/2022. Under Section 15002(b)(2)(A) of the CARES act, in response to the COVID–19 crisis this Court authorizes the use of video and telephone conferencing for criminal hearings. The defendant has been advised and consents on the record to proceed by Zoom. Counsel for the government and for the defendant also participate by Zoom. Parties present. Case and trial status discussed with parties. (Interpreter name: N/A) (Court Reporter:Alison Garagnani, Alison_Garagnani@moed.uscourts.gov, 573–331–8832) (proceedings started: 2:15 pm) (proceedings ended: 2:25 pm)(Deputy Clerk: J. Bailey) (Defendant Location: Custody)(Appearance for Government: John Ware)(Appearance for Defendant: Philip Scanlon) (JEB) (Entered: 02/16/2022) |
| 02/21/2022 | 145 | | Proposed Voir Dire by Taleb Jawher (Scanlon, Philip) (Entered: 02/21/2022) |
| 02/22/2022 | 146 | | Proposed Jury Instructions by USA as to Taleb Jawher (Ware, John) (Entered: 02/22/2022) |
| 02/22/2022 | 147 | | WAIVER of Right to Trial by Jury by Taleb Jawher. (JEB) (Entered: 02/22/2022) |
| 02/22/2022 | 148 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Bench Trial on 2/22/2022 as to Taleb Jawher. Opening statements of government and defendant made. Government evidence commenced and concluded. Defense evidence commenced and concluded. Motion for judgment of acquittal made at at close of all evidence. Motion is overruled. Closing arguments made. Case taken under submission.(Interpreter name: Mona Alnamoora and Esraa Almusawi) |

| | | | |
|---|---|---|---|
| | | | (Court Reporter:Angela Daley, Angela_Daley@moed.uscourts.gov, 314–244–7978) (proceedings started: 9:54 am) (proceedings ended: 2:42 pm)(Deputy Clerk: J. Bailey) (Defendant Location: Custody)(Appearance for Government: John Ware and Nino Przulj)(Appearance for Defendant: Philip Scanlon) (JEB) (Entered: 02/22/2022) |
| 02/22/2022 | 149 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher (NON–JURY TRIAL) held on 2/22/2022 before Judge Henry Edward Autrey. Interpreter: Mona Alnamoora. Language: Arabic. Proceedings started: 9:54 am; Proceedings ended: 12:37 pm (JEB) (Entered: 02/22/2022) |
| 02/22/2022 | 150 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher (NON–JURY TRIAL) held on 2/22/2022 before Judge Henry Edward Autrey. Interpreter: Esraa Almusawi. Language: Arabic. Proceedings started: 9:54 am; Proceedings ended: 2:42 pm (JEB) (Entered: 02/22/2022) |
| 02/22/2022 | 151 | | CLERKS EXHIBIT LIST as to Taleb Jawher as to Bench Trial. (JEB) (Entered: 02/22/2022) |
| 02/22/2022 | 152 | | CLERKS WITNESS LIST as to Taleb Jawher as to Bench Trial. (JEB) (Entered: 02/22/2022) |
| 03/01/2022 | 153 | | ORDER as to Taleb Jawher. IT IS HEREBY ORDERED that a verdict hearing is set in this matter for March 7, 2022, at 11:00 a.m. in the courtroom of the undersigned. (In Court Hearing set for 3/7/2022 11:00 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey) Signed by District Judge Henry Edward Autrey on 3/1/2022. (JEB) (Entered: 03/01/2022) |
| 03/07/2022 | 154 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: In Court Verdict Hearing as to Taleb Jawher held on 3/7/2022 in Courtroom 10N. Guilty on Count 1r Taleb Jawher. Sentencing set for 6/6/2022 11:15 AM in Zoom Video Conference before District Judge Henry Edward Autrey.(Interpreter name: Wedad Badwan)(Probation/Pretrial Officer: N/A) (Court Reporter:Angela Daley, Angela_Daley@moed.uscourts.gov, 314–244–7978) (proceedings started: 11:08 am) (proceedings ended: 11:13 am)(Deputy Clerk: H. Aubuchon) (Defendant Location: Custody)(Appearance for Government: John Ware/Nino Przulj)(Appearance for Defendant: Philip Scanlon) (HMA) (Entered: 03/07/2022) |
| 03/07/2022 | 155 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher (In Court Verdict Hearing) held on 3/7/2022 before Judge Autrey. Interpreter: Wedad Badwan. Language: Arabic. Proceedings started: 11:08 am; Proceedings ended: 11:13 am. (HMA) (Entered: 03/07/2022) |
| 05/12/2022 | 157 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Taleb Jawher (Przulj, Nino) (Entered: 05/12/2022) |
| 05/16/2022 | 158 | | Unopposed MOTION to Continue ; Sentencing Hearing by USA as to Taleb Jawher. (Przulj, Nino) (Entered: 05/16/2022) |
| 05/17/2022 | 159 | | Docket Text ORDER as to Taleb Jawher: Re 158 Unopposed MOTION to Continue Sentencing Hearing filed by USA as to Taleb Jawher; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 5/17/2022. (HMA) (Entered: 05/17/2022) |

| 05/18/2022 | 160 | | ORDER as to Taleb Jawher. IT IS HEREBY ORDERED that the sentencing hearing is set in this matter for June 23, 2022, at 11:00 a.m. in the courtroom of the undersigned. (Sentencing set for 6/23/2022 at 11:00 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey). Signed by District Judge Henry Edward Autrey on 5/18/22. (EAB) (Entered: 05/18/2022) |
|---|---|---|---|
| 06/02/2022 | 161 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Taleb Jawher (Scanlon, Philip) (Entered: 06/02/2022) |
| 06/16/2022 | 162 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Taleb Jawher (Attachments: # 1 Letter)(AAS) (Entered: 06/16/2022) |
| 06/20/2022 | 164 | | Joint MOTION to Continue ; Sentencing Hearing by Taleb Jawher. (Scanlon, Philip) (Entered: 06/20/2022) |
| 06/21/2022 | 165 | | Docket Text ORDER as to Taleb Jawher: Re 164 Joint MOTION to Continue Sentencing Hearing filed by Taleb Jawher; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 6/21/2022. (HMA) (Entered: 06/21/2022) |
| 06/30/2022 | 166 | | Second MOTION to Continue ; Sentencing Hearing by Taleb Jawher. (Scanlon, Philip) (Entered: 06/30/2022) |
| 06/30/2022 | 167 | | Docket Text ORDER as to Taleb Jawher Re: 166 Second MOTION to Continue Sentencing Hearing by Taleb Jawher; ORDERED GRANTED. Signed by District Judge Henry Edward Autrey on 6/30/2022. (JEB) (Entered: 06/30/2022) |
| 06/30/2022 | 168 | | ORDER as to Taleb Jawher. IT IS HEREBY ORDERED that the sentencing hearing is set in this matter for August 9, 2022, at 11:00 a.m. in the courtroom of the undersigned. (Sentencing set for 8/9/2022 11:00 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey) Signed by District Judge Henry Edward Autrey on 6/30/2022. (JEB) (Entered: 06/30/2022) |
| 08/02/2022 | 169 | | RESPONSE TO OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Taleb Jawher (Przulj, Nino) (Entered: 08/02/2022) |
| 08/03/2022 | 170 | | Final MOTION to Continue ; Sentencing Hearing by Taleb Jawher. (Scanlon, Philip) (Entered: 08/03/2022) |
| 08/03/2022 | 171 | | Docket Text ORDER as to Taleb Jawher: Re 170 Final MOTION to Continue Sentencing Hearing filed by Taleb Jawher; ORDERED THE MOTION TO CONTINUE SENTENCING IS GRANTED. A NEW DATE AND TIME WILL BE PROVIDED BY SEPARATE ORDER. Signed by District Judge Henry Edward Autrey on 8/3/2022. (HMA) (Entered: 08/03/2022) |
| 08/04/2022 | 172 | | ORDER as to Taleb Jawher. IT IS HEREBY ORDERED that the sentencing hearing is set in this matter for August 12, 2022, at 11:00 a.m. in the courtroom of the undersigned. (Sentencing set for 8/12/2022 11:00 AM in Courtroom 10N – St. Louis before District Judge Henry Edward Autrey). Signed by District Judge Henry Edward Autrey on 8/4/22. (EAB) (Entered: 08/04/2022) |
| 08/05/2022 | 173 | | SENTENCING LETTER by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |

| | | | |
|---|---|---|---|
| 08/05/2022 | 174 | | SENTENCING LETTER by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/05/2022 | 175 | | SENTENCING LETTER by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/05/2022 | 176 | | SENTENCING LETTER by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/05/2022 | 177 | | SENTENCING LETTER by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/05/2022 | 178 | | SENTENCING LETTER by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/05/2022 | 179 | | MOTION to Amend/Correct 161 Objection to Presentence Investigation Report filed by Taleb Jawher by Taleb Jawher. (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/05/2022 | 180 | | SENTENCING MEMORANDUM by defendant Taleb Jawher (Scanlon, Philip) (Entered: 08/05/2022) |
| 08/08/2022 | 181 | | OFFICER REVISED – FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Taleb Jawher (AAS) (Entered: 08/08/2022) |
| 08/08/2022 | 182 | | Docket Text ORDER as to Taleb Jawher Re: 179 MOTION to Amend/Correct 161 Objection to Presentence Investigation Report filed by Taleb Jawher; ORDERED MOTION TO AMEND OBJECTIONS IS GRANTED. Signed by District Judge Henry Edward Autrey on 8/8/2022. (HMA) (Entered: 08/08/2022) |
| 08/11/2022 | 183 | | SENTENCING DOCUMENT by USA as to Taleb Jawher (Ware, John) (Entered: 08/11/2022) |
| 08/12/2022 | 184 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Henry Edward Autrey: Re–Sentencing as to Taleb Jawher held on 8/12/2022. Parties present. Objections to presentence report filed by defendant. Objections heard and are overruled. Exhibits submitted to the Court. Presentence report adopted/accepted by Court as findings of fact. Letters received regarding defendant reviewed by the Court and made part of the record. Sentence imposed. See judgment. Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney. (Interpreter name: Esraa Almusawi)(Probation/Pretrial Officer: C. Hunter for A. Linne) (Court Reporter:Shannon White, Shannon_White@moed.uscourts.gov, 314–241–7966) (proceedings started: 11:51 am) (proceedings ended: 12:29 pm)(Deputy Clerk: J. Bailey) (Defendant Location: Custody)(Appearance for Government: John Ware and Nino Przulj)(Appearance for Defendant: Philip Scanlon) (JEB) (Entered: 08/12/2022) |
| 08/12/2022 | 185 | | CLERKS EXHIBIT LIST as to Taleb Jawher as to Re–Sentencing. (JEB) (Entered: 08/12/2022) |
| 08/12/2022 | 186 | | INTERPRETER USAGE REPORT as to defendant Taleb Jawher (SENTENCING) held on 8/12/2022 before Judge Autrey. Interpreter: Esraa Almusawi. Language: Arabic. Proceedings started: 11:51 am; Proceedings |

| | | | |
|---|---|---|---|
| | | | ended: 12:29 pm (JEB) (Entered: 08/12/2022) |
| 08/12/2022 | 187 | | AMENDED JUDGMENT as to Taleb Jawher. Count 1r: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 108 months as to count 1r, with recommendations to the BOP. This sentence shall run concurrent with the sentence imposed under St. Louis, Missouri Circuit Court, Docket No.: 1722–CR04173–01. Supervised release for a term of 2 years. Special assessment of $100.00 due immediately. Signed by District Judge Henry Edward Autrey on 8/12/2022. (JEB) (Entered: 08/15/2022) |
| 08/12/2022 | 188 | | REASON FOR AMENDED JUDGMENT for Sentence as to defendant Taleb Jawher Signed by District Judge Henry Edward Autrey on 8/12/2022. (JEB) (Entered: 08/15/2022) |
| 08/12/2022 | 189 | | STATEMENT OF REASONS for Sentence as to defendant Taleb Jawher Signed by District Judge Henry Edward Autrey on 8/12/2022. (JEB) (Entered: 08/15/2022) |
| 08/12/2022 | 190 | | NOTICE by Taleb Jawher of Certification of Compliance with Local Rule 12.07. (JEB) (Entered: 08/15/2022) |
| 08/16/2022 | 191 | | EXHIBIT LIST with Attached Exhibits by USA as to Taleb Jawher for Sentencing Hearing held on August 12, 2022. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Przulj, Nino) Modified on 8/17/2022 (CBL). (Entered: 08/16/2022) |
| 08/26/2022 | 195 | | NOTICE OF APPEAL by Taleb Jawher re 187 Amended Judgment. (HMA) (Entered: 08/30/2022) |
| 08/29/2022 | 192 | | MOTION to Withdraw as Attorney *for Defendant* by Phil Scanlon. by Taleb Jawher. (Scanlon, Philip) (Entered: 08/29/2022) |
| 08/29/2022 | 193 | | SUBSEQUENT NOTICE OF APPEAL by Taleb Jawher re 187 Amended Judgment,, Appeal Record due by 8/29/2022. (Scanlon, Philip) (Entered: 08/29/2022) |
| 08/30/2022 | 194 | | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding 187 Amended Judgment,,. Notice of Appeal filed on 8/29/2022 by Defendant Taleb Jawher. NOTIFICATION TO COUNSEL/PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH THE DISTRICT COURT CLERKS OFFICE. (JBH) (Entered: 08/30/2022) |

AO 245B (Rev. 09/17)

Sheet 1- Judgment in a Criminal Case

# United States District Court

## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

Taleb Jawher

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER:  4:17CR00532-1 HEA

USM Number:  47126-044

Adam D. Fein

Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s)   one of the indictment on May 7, 2018.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(5)(A) and 18 U.S.C. § 924(a)(2) | Illegal Alien in Possession of a Firearm. | September 26, 2017, | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 23, 2019

Date of Imposition of Judgment

_Signature of Judge_

Signature of Judge

Honorable Henry E. Autrey

United States District Judge

Name & Title of Judge

January 23, 2019

Date signed

Record No.:  702

AO 245B (Rev. 09/17)   Case 4:17-cr-00532-HEA   Document 79   Filed 01/23/19   Page 2 of 8   PageID 225
Judgment in Criminal Case   Sheet 2 - Imprisonment

Judgment-Page    2    of  7

DEFENDANT:  Taleb Jawher

CASE NUMBER:  4:17CR00532-1 HEA

District:    Eastern District of Missouri

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of  109 months.

This sentence shall run concurrent with any sentence imposed in Circuit Court, St. Louis, Missouri, under Docket No.: 1722-CR04173.

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in an Occupational/Educational program, specifically, in marketing and/or business. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

☒   The court makes the following recommendations to the Bureau of Prisons:

As close as possible to St. Louis, MO.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐     at _____ a.m./pm  on _____

☐     as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐     before 2 p.m. on _____

☐     as notified by the United States Marshal

☐     as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

Case 4:17-cr-00532-HEA   Document 79   Filed 01/23/19   Page 3 of 8   PageID 226
AO 245B (Rev. 09/17)   Judgment in Criminal Case   Sheet 3 - Supervised Release

Judgment-Page ___3___ of _7_

DEFENDANT: Taleb Jawher

CASE NUMBER: 4:17CR00532-1 HEA

District:   Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   Two years.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.   ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.   ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)

7.   ☐   You must participate in an approved program for domestic violence. (check if applicable)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Case 4:17-cr-00532-HEA    Document 79    Filed 01/23/19    Page 4 of 8    PageID 227
AO 245B (Rev. 09/17)    Judgment in Criminal Case    Sheet 3A - Supervised Release

Judgment-Page ___4___ of ___7___

DEFENDANT: Taleb Jawher
CASE NUMBER: 4:17CR00532-1 HEA
District:    Eastern District of Missouri

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/17)   Judgment in Criminal Case   Sheet 3B - Supervised Release

Judgment-Page __5__ of __7__

DEFENDANT: Taleb Jawher

CASE NUMBER: 4:17CR00532-1 HEA

District:  Eastern District of Missouri

# ADDITIONAL SUPERVISED RELEASE TERMS

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

You must immediately report to U.S. Immigration and Customs Enforcement and follow all their instructions and reporting requirements until any deportation proceedings are completed.

If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

Judgment-Page    6    of    7

DEFENDANT:  Taleb Jawher
CASE NUMBER:  4:17CR00532-1 HEA
District:    Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $100.00 | | | |

☐ The determination of restitution is deferred until _____. *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | Totals: | | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived for the.   ☐ fine   ☐ restitution.

    ☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/17)   Judgment in Criminal Case   Sheet 6 - Schedule of Payments

Judgment-Page ___7___ of. _7_

DEFENDANT: Taleb Jawher

CASE NUMBER: 4:17CR00532-1 HEA

District:   Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of  $100.00         due immediately, balance due

☐ not later than _____ , or

☐ in accordance with  ☐ C,  ☐ D, or   ☐ E below; or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with      ☐ C,   ☐ D, or   ☐ E below; or ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a

term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
     Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT:  Taleb Jawher

CASE NUMBER:  4:17CR00532-1 HEA

USM Number:  47126-044

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal

☐   The Defendant was released on _____ to_____ Probation

☐   The Defendant was released on _____ to_____ Supervised Release

☐   and a Fine of_____ ☐ and Restitution in the amount of_____

_____

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | § AMENDED JUDGMENT IN A CRIMINAL CASE |
| | § |
| v. | § |
| | § Case Number: **4:17-CR-00532-HEA(1)** |
| | § USM Number: **47126-044** |
| **TALEB JAWHER** | § <u>Philip Greer Scanlon</u> |
| **Date of Original Judgment: 1/23/2019** | § <span style="font-size:smaller">Defendant's Attorney</span> |
| | § |

**THE DEFENDANT:**

| | | |
|---|---|---|
| ⊠ | pleaded guilty to count | **One of the Indictment on May 7, 2018.** |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on counts after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| <u>18 U.S.C. § 922(g)(5)(A)</u> and <u>18 U.S.C. § 924(a)(2)</u> Illegal Alien in Possession of a Firearm | 09/26/2017 | 1r |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____
**August 12, 2022**
Date of Imposition of Judgment

_____
Signature of Judge

**HENRY EDWARD AUTREY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

_____
**August 12, 2022**
Date

AO 245C (Rev. 9/19) Amended Judgment in a Criminal Case                                        Judgment -- Page 2 of 7

DEFENDANT:           TALEB JAWHER
CASE NUMBER:         4:17-CR-00532-HEA(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**108 months as to count 1r.**

**This sentence shall run concurrent with the sentence imposed under St. Louis, Missouri Circuit Court, Docket No.: 1722-CR04173-01.**

☒     The court makes the following recommendations to the Bureau of Prisons:

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in an Occupational/Educational program, specifically, in marketing and/or business. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐   at                                    ☐   a.m.      ☐   p.m.      on

    ☐   as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

**MARSHALS RETURN MADE ON SEPARATE PAGE**

AO 245C (Rev. 9/19) Amended Judgment in a Criminal Case                    Judgment -- Page 3 of 7

DEFENDANT:          TALEB JAWHER
CASE NUMBER:        4:17-CR-00532-HEA(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **two (2) years.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

      You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245C (Rev. 9/19) Amended Judgment in a Criminal Case                                      Judgment -- Page 4 of 7

DEFENDANT:          TALEB JAWHER
CASE NUMBER:        4:17-CR-00532-HEA(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature  _____          Date  _____

AO 245C (Rev. 9/19) Amended Judgment in a Criminal Case                                      Judgment -- Page 5 of 7

DEFENDANT:          TALEB JAWHER
CASE NUMBER:        4:17-CR-00532-HEA(1)

# SPECIAL CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

You must immediately report to U.S. Immigration and Customs Enforcement and follow all their instructions and reporting requirements until any deportation proceedings are completed.

If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

AO 245C (Rev. 9/19) Amended Judgment in a Criminal Case                                    Judgment -- Page 6 of 7

DEFENDANT:          TALEB JAWHER
CASE NUMBER:        4:17-CR-00532-HEA(1)

## CRIMINAL MONETARY PENALTIES

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | | |

☐   The determination of restitution is deferred until        An *Amended Judgment in a Criminal Case*
(*AO245C*) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the
amount listed below.

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C.
§ 3664(i), all nonfederal victims must be paid before the United States is paid.

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the schedule of
payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the        ☐   fine        ☐   restitution

☐   the interest requirement for the        ☐   fine        ☐   restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 9/19) Amended Judgment in a Criminal Case

Judgment -- Page 7 of 7

DEFENDANT:         TALEB JAWHER
CASE NUMBER:       4:17-CR-00532-HEA(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payments of $ 100.00 due immediately, balance due

    ☐   not later than                              , or

    ☒   in accordance        ☐   C,      ☐   D,      ☐   E, or      ☒   F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐   C,      ☐   D, or      ☐   F below); or

C   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment;
        or

D   ☐   Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from
        imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release
        from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
        time; or

F   ☒   Special instructions regarding the payment of criminal monetary penalties:
        **It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1r, which
        shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
    See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and
    Several Amount, and corresponding payee, if appropriate.

    ☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same
    loss that gave rise to defendant's restitution obligation.
☐   The defendant shall pay the cost of prosecution.
☐   The defendant shall pay the following court cost(s):
☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5)
fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution
and court costs.

DEFENDANT:         TALEB JAWHER
CASE NUMBER:       4:17-CR-00532-HEA(1)
USM Number:        **47126-044**

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

**I have executed this judgment as follows:**

Date defendant was delivered with certified copy of this judgment:_____


Name and location of facility:_____


☐ Defendant was sentenced to Time Served and was released on:_____

☐ Defendant was sentenced to _____ months/years of Probation and was released on:_____

☐ Defendant was sentenced to _____ months/years of Supervised Release and was released on:_____


_____
NAME OF US MARSHAL/WARDEN


_____
By: NAME OF DEPUTY US MARSHAL/CSO

# United States District Court
## *for the District of*

| | |
|---|---|
| | USCA8   No. |

## NOTICE OF APPEAL

United States of America,

*Plaintiff*

vs

Taleb Jawher

*Defendant*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

4:17-CR00532-HEA
District Court Docket Number

Henry Autrey
District Court Judge

Notice is hereby given that ___Taleb Jawher___ appeals to the United States Court of Appeals for the Eighth Circuit from the: ☒ Judgment & Commitment ☐ Order_____
(Specify)

entered In this action on ___August 12, 2022___

_____
Signature of Defendant's Counsel

8000 Maryland Ave.          950
Street Address          Room Number

Clayton          MO          63105
City          State          ZIP

Phil Scanlon
Typed Name of Defendant's Counsel

( 314 ) 721-6040
Telephone Number

8/29/20
Date

---

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please Prepare a transcript of:
- ☐ Pre-trial proceedings
- ☐ Testimony or Portions thereof
- ☐ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

☒ I am not ordering a transcript because:
- ☐ Previously Filed
- ☒ Other (Specify)

\* 8/12/22: COURT INFORMED COUNSEL THAT HE WAS GRANTED LEAVE TO WITHDRAW

\* 8/29/22: FORMAL MOTION TO WITHDRAW FILED

---

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☐ Funds, ☐ CJA Form24 completed and attached.

Attorney's Signature _____          Date __8/29/22__

**Note: Complete all Items on Page Two**

# INFORMATION SHEET
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

Defendant's Address:
> Crawford County Jail
> 212 S. 3rd St.
> Steelville, MO 65565

2. Date of Verdict   _03/07/2022_   Jury ☐   Non-Jury ☒

Offenses:
> Prohibited Person in Possession of a Firearm

Trial Testimony - Number of Days   _1_   Bail Status   In Custody

3. Sentence and Date Imposed:
> Friday, August 12, 2022

4. Appealing:   sentence ☐   Conviction ☐   Both ☒
   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☒ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:   (SEE HANDWRITTEN COMMENT ON PAGE 1)

   Stenographer in Charge:   Shannon White

   (Name, Address, Phone)
   > Thomas Eagleton Courthouse
   > 11 S. 10th St.
   > St. Louis, MO 63102
   > (314) 244-7966

6. Trial Counsel was:   Appointed ☐   ☒ Retained
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☐ Yes   ☒ No
   Affidavit of Financial Status filed: _____ (SEE HANDWRITTEN COMMENT ON PAGE 1)
   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☒ Yes   ☐ No   (SEE HANDWRITTEN COMMENT ON PAGE 1)

7. Assistant U.S. Attorney Name and Phone Number:
   > John Ware & Nino Przulj
   > (314) 539-2200

---

## Court Reporter Acknowledgment

_____   _____   _____
Date Order Received        Estimated Completion Date   Est Number of Pages

_____   _____
Court Reporter's Signature   Date

US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

USA v Jawher

**USCA#:**

**Case Number:**

4:17-CR-00532-HEA

**Plaintiff:**

UNITED STATES OF AMERICA

**Defendant:**

TALEB JAWHER

**Attorney:**

Nino Przulj (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-2200   Fax:
Email:  nino.przulj@usdoj.gov


John J. Ware (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO  63102
Ph:  314-539-2200   Fax: 314-539-2188
Email:  john.ware@usdoj.gov

**Attorney:**

See Docket Sheet

**Court Reporter(s):**

Shannon White

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  Yes     Where:  Unknown

**Please list all other defendants in this case if there were multiple defendants:**

From:                                        08/26/2022 15:27      #505 P.001/001

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin J. Layman, Sheriff                    PO Box BE, Steelville, Mo 65565
                                            Telephone 573-775-2125
                                            Fax 573-775-2126

### Inmate Attorney Request Form

Name: _Taleb Jawher_                        Date: _8-25-2022_

Court Case #: _4:17-CR00532-HEA_            Next Court Date: _____

Attorney: _Phill Scanlon_                   Phone: _314-313-9181_

Fax: _314-244-7909_

Message: _____ _Notice Of Appeal_

_I want to Appeal and this letter is my_

_Notice Of Appeal._

TO INMATE: Please fill this form out and it will be faxed to your attorney for his/her review.  Due to some
Attorney's not being able to accept collect calls from the jail we have developed this to assist you, the inmate, in
your court proceedings. You may give your Attorney a message on this form or ask them to stop bye and see you

DATE FAXED: _8/26/22_

OFFICER: _____          DSN: _____